UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 45476
    CARMELITA G AYAP
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-6218

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 12/10/2004 and was confirmed 01/27/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

    The case was paid in full 02/21/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK ONE | SECURED NOT I | NOT FILED | .00 | .00 |
| CHASE MANHATTAN | SECURED NOT I | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 14472.71 | .00 | 2170.91 |
| LVNV FUNDING LLC | UNSECURED | 7683.52 | .00 | 1152.53 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 10107.72 | .00 | 1516.16 |
| RESURGENT ACQUISITION LL | UNSECURED | 17042.24 | .00 | 2556.34 |
| ECAST SETTLEMENT CORP | UNSECURED | 1956.99 | .00 | 293.55 |
| ECAST SETTLEMENT CORP | UNSECURED | 19117.58 | .00 | 2867.64 |
| J C PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5672.08 | .00 | 850.81 |
| *LEEDERS & ASSOCIATES LT | DEBTOR ATTY | 1,000.00 | | 1,000.00 |
| TOM VAUGHN | TRUSTEE | | | 713.46 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 13,121.40 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 11,407.94 |
| ADMINISTRATIVE | | 1,000.00 |
| TRUSTEE COMPENSATION | | 713.46 |
| DEBTOR REFUND | | .00 |
| TOTALS | 13,121.40 | 13,121.40 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 05/28/08                           /s/ Tom Vaughn
                                          _____
                                          TOM VAUGHN
                                          CHAPTER 13 TRUSTEE


                              PAGE   2
            CASE NO. 04 B 45476 CARMELITA G AYAP